ELSIE ARONSTEIN, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.*

Supreme Court, Appellate Term, First Department, January 22, 1930.

*Alex. S. Lyman* [*William Mann* of counsel], for the appellant.

*Emmet L. Holbrook* and *Gerald J. McKernan* [*Emmet L. Holbrook* of counsel], for the respondent.

PER CURIAM. Judgment modified by reducing the amount thereof to forty-two dollars and fifty cents, with interest and costs, and as modified affirmed, with ten dollars costs to appellant. No opinion.

All concur; present, BIJUR, LYDON and FRANKENTHALER, JJ.

* Revg. 132 Misc. 563. Motion by plaintiff for leave to appeal to Appellate Division denied.